**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **AMBRYA MYERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO:** |
| **v.** | ) | **1:24-CV-01369-SEG-JKL** |
| | ) | |
| **NELNET SERVICING, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Ambrya Myers and Defendant Nelnet Servicing, LLC, acting through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff's claims against Nelnet Servicing, LLC are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 7, 2024

*/s/ Jeffrey Sand*
Jeffrey B. Sand
Georgia Bar No. 181568
Andrew Weiner
Georgia Bar No. 808278
WEINER & SAND LLC
800 Battery Ave. SE
Suite 100
Atlanta, GA 30339
Tel: (404) 254-0842
Fax: (866) 800-1482
aw@wsjustice.com
js@wsjustice.com

***Counsel for Plaintiff***

*/s/ Daniel J. Huff*
Daniel J. Huff
Georgia Bar No. 374860
Josephine J. Hardin
Georgia Bar No. 676317
Huff, Powell & Bailey, LLC
999 Peachtree Rd NE
Suite 950
Atlanta, GA 30309
Tel: (404) 892-4022
Fax: (404) 892-4033
dhuff@huffpowellbailey.com
jhardin@huffpowellbailey.com

***Counsel for Nelnet Servicing, LLC***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **AMBRYA MYERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO:** |
| **v.** | ) | **1:24-CV-01369-SEG-JKL** |
| | ) | |
| **NELNET SERVICING, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2024, I electronically filed the foregoing **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

By: *s/ Jeffrey Sand*
Counsel for Plaintiff